01
02
03
04
05
06            UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF WASHINGTON
07                       AT SEATTLE

08  DALE MITCHELL,                )  CASE NO.: C07-1081-BHS
                                  )
09        Plaintiff,              )
                                  )
10        v.                      )  ORDER DISMISSING PLAINTIFF'S
                                  )  CLAIMS AGAINST ALL
11  ANITA MOCERI, et al.,         )  DEFENDANTS
                                  )
12        Defendants.             )
    _____)
13

14      The Court, having reviewed defendants' motion for summary judgment, the Report and

15  Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any

16  objections thereto, and the balance of the record, does hereby find and ORDER:

17      (1)   The Court adopts the Report and Recommendation;

18      (2)   Defendants Johnson's and Inveen's Motion for Summary Judgment (Dkt. 18) is

19            GRANTED;

20      (3)   Plaintiff's Motion for Leave to File an Amended Complaint (Dkt. 16) is DENIED;

21      (4)   Plaintiff's claims against all Defendants and this case are DISMISSED with

22            prejudice; and

(5)   The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendant, and to Judge Theiler.

DATED this 24th day of March, 2008.

$\phantom{xxxxxxxxxxxxxxxxxxxxxxxxxxxx}$ /s/ Benjamin H. Settle
BENJAMIN H. SETTLE
United States District Judge

ORDER DISMISSING PLAINTIFF'S
CLAIMS AGAINST ALL DEFENDANTS
PAGE -2