# United States District Court

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DALE MITCHELL,

    Plaintiff,

v.

ANITA MOCERI, et al.,

    Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   C07-1081-BHS

___   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

    The Court adopts the Report and Recommendation. Defendants' Johnson and Inveen's Motion for Summary Judgment is granted. Plaintiff's Motion for Leave to File an Amended Complaint is denied. Plaintiff's claims and this case are dismissed with prejudice.

    Dated this __25th__ day of __March__, 2008.

                                               BRUCE RIFKIN
                                               Clerk

                                               *s/CM Gonzalez*
                                               Deputy Clerk